# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS - 6

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. SACV 07-01378-CJC | Date March 24, 2009 |
| Title In Re Deana Carol Guzman | |

Present: The Honorable  **CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Michelle Urie | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION

    The Court, having issued an order to show cause on March 8, 2009 as to why this action should not be dismissed for lack of prosecution with a response due on March 23, 2009 and no response having been made, IT IS HEREBY ORDERED that this action is dismissed without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

: 0

Initials of Preparer   mu